JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIST A. WIGGINS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>FRED FIGUEROA, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 13-1902-JFW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: October 14, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE